IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:00-CR-80-1H

UNITED STATES OF AMERICA )
)
v. )
)
) **ORDER**
)
ANTHONY HODGES, )
)
Defendant. )

This matter is before the court on defendant's motion for early termination of supervised release. Title 18 United States Code Section 3583(e)(1) permits the court, in its discretion, to terminate a defendant's term of supervised release "at any time after the expiration of one year of supervised release. . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

This defendant was involved in a heinous crime and his tenure under supervision to date is not outstanding nor are there any extraordinary circumstances involved. The court has

carefully reviewed this matter, and in its discretion, denies defendant's motion for early termination [DE #51].

This 8TH day of May 2012.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26